JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ARNITA JORDAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00056-JGB-KK<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br><br>Complaint Filed: October 20, 2021<br><br>District Judge: Jesus G. Bernal<br><br>Magistrate Judge: Kenly Kiya Kato<br><br>Trial Date: Not set |

# ORDER

The Joint Stipulation to Remand Plaintiff's Case to the Superior Court of California, County of San Bernardino is approved. (ECF No. 10.) All dates are **VACATED**. This matter is hereby **REMANDED** to the Superior Court of California, County of San Bernardino, 247 W. Third Street, San Bernardino, California 92415, Case No. CIVSB2130012. The Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

DATED: February 10, 2022

_____
HONORABLE JESUS G. BERNAL